IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kevin Morgan
7-25-80
#78222
P.O Box 1690
LaPlata, MD 20646

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Charles County Sheriff. Office
Charles County Detention Center
6915 Crain Hwy - P.O. Box 189
LaPlata, Maryland 20646-0189

*(Full name and address of respondent)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

FILED _____ ENTERED
LOGGED _____ RECEIVED
APR 1 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☑    NO ☐

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

   Plaintiff: Kevin Morgan

   Defendant(s): PFC Conner 661, PFC Garrison 635, CFC Calhoun 2682, CFC Barnhart 2707, (2744) CO2 Leapley

2. Court (if a federal court name the district; if a state court name the city or county):

   United States District Court, GreenBelt, Maryland

3. Case No.: _GLR 22-cv-3320_

4. Date filed: _____

5. Name of judge that handled the case: _George L. Russell II_

6. Disposition (won, dismissed, still pending, on appeal): _Closed_

7. Date of Disposition: _Civil action closed on 5/4/2023_

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☒

   1. If you answered YES:

      a. What was the result? _____

      b. Did you appeal? _____

      YES ☐   NO ☐

   2. If you answered NO to either of the questions above, explain why: _NO, I File Statement of charges aganist those d/o and sheriff officer I didn't Know about the grievane CCDC Don't issue them InteRal affirs case# 22-039 There is video_

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   _See Attach Page._

# Statement of Claim

①

On 1/31/22, at approximately 2258 hours, PFC Conner 661 and PFC Garrison 635 of the Charles County Sheriff office entered Pro3 to take my DNA. I was already secured to wall. While trying to read the warrant to see what was going on with these officer at this time of night, PFC Conner was trying to stick that long Q-tip in my mouth. He not even given me a chance to go over the warrant every thing was suspect, I'm telling him to hold up and push back in my chair and I push his hand away. I stand up cause I can't go no father cause I'm hand cuff already to the wall. PFC Conner get mad a pushed me to the wall with such Force that he knock the wind out of me. PFC Garrison grab my right arm and bend it back with such Force, feel like he trying to snap my arm. Next thing I know C/O come in the booth. My left arm is already secured to the wall and PFC Garrison already has my right arm. CO2 Leapley, L (2744) take it upon him self to punch me in my Face, CFC Calhon 682 entered Pro3 and grab my head and put me in a chockhold/Headlock. He's putting all his weight on my head like he trying to pull my head from my body, I was not fighting back or resisting. I was in shock and in disbelf of what what happen to me. I Fear For my life. CFC Calhon was try to brake my neck. I was in compliants through out this whole ordeal. CFC Estes 2698 hand cuff me behind my back. They Forcefully walk me to a bench where another C/O put leg shackles on my leg. I was dizzie. my back, arm, neck, legs, was in so much pain The sheriff's tried to come to put the Q-Tip in my mouth but I begs them to get away from me and ask Sgt Conrad (2439) to do it. He completed the DNA collection on me. I was in so much pain that I just wanted to return to my cell and get away from around those C/O and sheriff officer. I never was charge For no crime related to that incident. I never hear From PFC Conner 661 or PFC Garrison 635 again. They got my DNA and I don't know what they did with it. I Feared For my life that day M. Kenmon

FILED ___ ENTERED
___ LOGGED ___ RECEIVED
APR 1 2024
AT BALTIMORE
CLERK U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

②

Jail incident #220019

Internal affairs Case # 22-039

Internal affairs assigned LT. Oliver to investigated. The same LT. Oliver who work at the Charles County detention Center his whole life. But Captain William Edge, Commander "Office of Professional Responsibility". thought he would be a good investigator to investigated an assult by his co-worker against an Inmate. LT Oliver work with C/O. CFC Calhoun (2682) C/o Leaply (2744) C/O Barnhart (2707) everyday. They got a friendship. So is he not gone to be bais? I would think so. There was no investigation. LT Oliver interview me and that's all he did was intimidate me. He watch the video and saw C/o Leaply (2744) Punch me in my Face "He the one pointed that out" He saw how CFC Calhoun (2682) Grab my head while Leapley had my right arm and my left hand was handcuff to the wall. He saw all what Calhoun (2682) was doing, All the unnessary force those guys did on me that day. But those guys are his coworker, he not going to go against them Wrong is Wrong. But the investigation found that there was no sustained violations of Charles County's Sheriff's Office Policies and Procedures. Never was charge for no crime Related to them assulting me for my DNA. Never hear from those Charles County sheriffs officer again. But LT. Oliver who is Now Captain Oliver at the Charles County Detention Staid they did nothing wrong. They never do even if on video. And it is. That was Cruel and Unusual Punishment. They Violated My Civil and Constitution Right. OR Does the Constitution not apply to me!! DO I have any Rights?

Kevin Morgan
Kevin morgan

IV (State briefly what you want the Court to do for you.)

The Sheriff of Charles County is responsible for protecting the Citizen of Charles County by Providing a Secure holding Facility for persons legally Confined. The detention Center support to Provide for the Safety of the individuals by maintaining a humane living and working enviroment. The Facility Support to operated based on the following Principles: (1) The physical, emotional and psychological well-being of individuals is the primary Concern. On 1/31/21 they Fail to stand by there own Principles. The recognition of individual dignity is essential to democratic accomplishment. All individuals are subject to the rules and regulation. They have the right to a dignifed Facility. All administration, staff and correctional officers are responsible for protecting that right. On 1/31/21 The administration, staff and correctional officer Fail to Protecting me and that Right! Concecerted efforts will be made to ensure that the individuals human rights and dignites are not Violated On 1/31/21 The Charles County Violated my (Kevin Morgan) human rights and dignites. Under no Circumstances will I should be physically abused by any staff memeber. If Force must be used, it should be the minimum amount of Force necessary to Control the situation On 1/31/21 CCDC and CCSO Fail to Keep there Goal For Protecting my Rights by letting PFC Conner 661, PFC Garrison 635, CFC Calhon 2682, and Barnhart 2707, Assaulting me "Punching me in the Face. Pushing me Forcefully to the Wall bending my arms and Putting me a Chockhold/head lock. I ask the Court to Reward me 25 million For my Pain and Suffering, emotional distress, False imprisonment and Malicious Prosecution and lastly For Violating My Civil and Constitution Right My Right From Cruel and Unsual Punishment OR what ever the Court see Fits

Kevin Morgan  3/28/24

IV. Relief
(State briefly what you want the Court to do for you.) See Attach pg.

~~[scribbled out text]~~
~~[scribbled out text]~~ emotional stress ~~[scribbled out text]~~
~~[scribbled out text]~~
~~[scribbled out text]~~ from those Police again.

SIGNED THIS __28__ day of __March__, __2024__.

_M. Kevin Morgan_
Signature of Plaintiff

_Kevin Morgan_
Printed Name

_P.O Box 1690 LaPlata MD 20646_
Address

_____
Telephone Number

_SpecialKnus6@gmail.com_
Email Address